# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

Judge Philip P. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted. The Defendant is directed to report to the United States Marshal's Service at 300 Quarropas Street White Plains, NY 10601 by 2:00 p.m. on April 19, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           April 18, 2022

Re: *USA v Shawn Melendez,* 22 Cr 153 (PMH)

Your Honor:

      On March 9, 2022, Shawn Melendez entered a guilty plea, but was pemitted to remain out on bail.  Mr. Melendez has informed me that he wishes to self-surrender as early as possible, so that he may commence the process of serving his sentence.   My understanding is that such a surrender requires that this Court issue a remand order.

      I also understand that the United States Marshal's Service prefer surrenders next week to occur on either Tuesday or Thursday.  Accordingly, I ask that this Court endorse this letter, indicating that Mr. Melendez should surrender on April 19, 2022, or on the next date that is convenient to the United States Marshal's Service,

                         Very truly yours,

                         _____/s/_____
                         James E. Neuman